FILED IN OPEN COURT
U.S.D.C. - Atlanta

APR 21 2023

Kevin P. Weimer, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEON R. PARKS | Criminal Information<br><br>No. 1:23-CR-122 |

THE UNITED STATES ATTORNEY CHARGES THAT:

### Count One

On or about December 8, 2022, in the Northern District of Georgia, the defendant, Keon R. Parks, then an employee of the United States Postal Service, did knowingly use, convert to his own use, and exchange for other funds and property, without legal authorization, $21.16 in postal funds under his control through a fleet credit card provided to him for the purpose of buying fuel for postal vehicles in the course and scope of his employment, to make a personal purchase at the Sunoco located at 902 Windy Hill Rd, Smyrna, Georgia.

All in violation of Title 18, United States Code, Section 1711.

### Count Two

On or about December 14, 2022, in the Northern District of Georgia, the defendant, Keon R. Parks, then an employee of the United States Postal Service, did knowingly use, convert to his own use, and exchange for other funds and property, without legal authorization, $28.77 in postal funds under his control through a fleet credit card provided to him for the purpose of buying fuel for

postal vehicles in the course and scope of his employment, to make a personal purchase at the Chevron located at 2875 South Cobb Drive, Smyrna, Georgia.

All in violation of Title 18, United States Code, Section 1711.

RYAN K. BUCHANAN
*United States Attorney*

*Alana R. Black* /aRB/

ALANA R. BLACK
*Assistant United States Attorney*
Georgia Bar No. 785045

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181